IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLEN HIGGS,                           :
    Petitioner              :
                                        :
vs.                                     :   CIVIL NO. 1:CV-09-0827
                                        :       (Judge Caldwell)
                                            (Magistrate Judge Mannion)
MARY E. SABOL, Warden, et al.,          :
    Respondents             :

*O R D E R*

AND NOW, this 11th day of December, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 18), filed November 9, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed as moot.

    3. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge